UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN CEBOLLERO,

        Defendant.

------------------------------------x

ORDER

23-mj-5945

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned case shall appear before this Court on January 9, 2024 at 10:00 a.m. for an initial conference and plea hearing.

Dated: December 27, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE